**Opinion issued January 28, 2022**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

**NO. 01-22-00041-CV**

———————————

## IN RE JULIE A. KETTERMAN, Relator

---

**Original Proceeding on Petition for Writ of Mandamus**

---

### MEMORANDUM OPINION

Relator, Julie A. Ketterman, a candidate for the judge of the 313th District Court, filed a petition for writ of mandamus challenging the denial of her challenge to the application and petition of her opponent in the Republican primary election, Rachel Leal-Hudson.[1]  Ketterman first filed a challenge with the Harris County

---

[1]  The underlying case is *Julie A. Ketterman v. Harris County Republican Party and Cindy Siegel, Chair*, cause number 2022-01417E, pending in the 190th District Court of Harris County, Texas, the Honorable Beau Miller presiding.

Republican Party and its chair, Cindy Siegel, who denied the challenge. Ketterman then filed an original petition seeking injunctive relief. On January 14, 2022, the trial court denied the request for a temporary injunction and set the case for trial on Monday, February 1, 2022. Real parties in interest filed responses to the petition for writ of mandamus and Ketterman filed a reply to the responses.

The Court denies the petition for writ of mandamus. *See* TEX. R. APP. P. 52.3.

**PER CURIAM**

Panel consists of Justices Hightower, Countiss, and Guerra.